RECEIVED

JUN 2 2 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| DAVID COOPER,<br>    Plaintiff | CIVIL ACTION<br>NO. CV04-1941-M |
| VERSUS | |
| CALDWELL PARISH DETENTION<br>CENTER, et al.,<br>    Defendants | JUDGE ROBERT G. JAMES<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the entire record and the written objections filed herein, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that defendants' motion for summary judgment is GRANTED and Cooper's action is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Monroe, Louisiana, on this 22 day of June, 2005.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE